ORIGINAL

27 OCT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ABDOULAYE BA
  PETITIONER

V.

BOARD OF IMMIGRATION
APPEAL.
  RESPONDENT.

REF: No ~~00-2429~~
1: C.V.-00-136

HONORABLE JUDGE SILVIA H. RAMBO


FILED
JAN 9 - 2001
PER _____
HARRISBURG, PA   DEPUTY CLERK

HONORABLE JUDGE. RAMBO

RE: APPOINTMENT OF COUNSEL – JAMES V. WADE ESQUIRE, FEDERAL PUBLIC DEFENDANT, TO REPRESENT PETITIONER

In the above case matter, before the Honorable Judge and Court, the above named Counsel (Public Defender Federal) James V. Wade was appointed to represent the Petitioner Mr. Abdoulaye Ba in a habeas Corpus proceedings pursuant to Criminal Justice Act. 18 U.S.C. 3006A, as amended in the middle District of Pennsylvania and 28 U.S.C. 2241.

The Case was referred to the United States Court of Appeals for the Second Circuit - Case No 00-4_ on August 21st, 2000. My Counsel Mr. James V. Wade filed a motion to withdraw as Counsel on appeal arguing that:

① Appointment of a Federal Public Defendant for the Middle District of Pennsylvania to a Second Circuit Court is not Appropriate.

② Appointment of an attorney Pursuant to the Criminal Justice Act to represent an Individual on a petition for review of an agency's Order is not permitted by the Criminal Justice Act.

Your Honor, what James V. Wade Counsel for Petition told him was that if the Case were to be st[ill] in Pennsylvania, he would still be representing me but since the Case has been sent to New York Cou[rt] of Appeal Second Circuit he could not go back and forth to New York.

Petitioner also feels that it is Inconsiderate of [the] Federal appointed attorney to request for a leave to withdraw from his Case, at a crucial time when h[e] his Suppose to file a brief and notice of Oral arg[u]iment in relation to petitioners Case pending in the Second Circuit Court of Appeals. Petitioner do not spe[ak] a great deal of English nor Can he write any better. He is a citizen of Senegal who is fluent in French.

I do not know what Else to do than to write you[r] Honor to see what the Court Can do to have Jam[es] Wade back on my Case as required by law.

Petitioner Prays the Court to interced on my behalf in This matter, as I have not other means of aquiri[ng] a Counsel to represent me, or if my Case Can be remanded back to Pennsylvania. May be then I Can

retain the same attorney, since that ~~what~~ was his main objection to withdrawing from my case.

Please your Honor, I am suppose to file a brief o[r] I do not have any clue what to do. It January 2001 and I have not heard anything from the Court [of] appeal concerning this matter. I have also written a le[tter] to the Clerk of Court for the Court of Appeal and n[o] response. I do not know what to do.

Please help me,

Yours faithfully

Abdoulah Ba.

York County Prison
3400 Concord Road,
York P.A. 17402
I.D. # 55110