**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 868
HARRISBURG, PA. 17108-0868

SYLVIA H. RAMBO
JUDGE

Telephone (717) 221-3960

January 9, 2001

Mr. Abdoulaye Ba
York County Prison
3401 Concord Road
York, PA 17402

FILED
JAN 9 - 2001
PER
HARRISBURG, PA.    DEPUTY CLERK

In re:  Ba v. Board of Immigration Appeal
Civil No. 1:CV-00-0136

Dear Mr. Ba:

I am in receipt of your undated letter in which you request that Mr. Wade be reappointed to represent you in your case before the Second Circuit Court of Appeals. Please be advised that this court no longer has jurisdiction over your case and, therefore, cannot appoint counsel to represent you.

I understand that Mr. Wade met with you in December and explained the reasons he could not represent you before the Second Circuit Court of Appeals. Mr. Wade also attempted to obtain legal counsel to represent you in your case before the Second Circuit, but was unable to find counsel to assist you.

You may petition the Second Circuit Court of Appeals for appointment of counsel.

Sincerely,

Sylvia H. Rambo
United States District Judge